IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| COLLINS PIPELINE CONSTRUCTION, LLC, | * * * | |
| Plaintiff, | * * | |
| vs. | * * | No. 4:08CV00634 SWW |
| UNITED ASSOCIATION OF JOURNEYMEN AND APPRENTICES OF THE PLUMBING AND PIPEFITTING INDUSTRY OF THE UNITED STATES AND CANADA LOCAL UNION 798 | * * * * * * | |
| Defendant. | * | |

**Order**

Before the Court is the motion of defendant for the admission *pro hac vice* of Kevin R. Mason of the law firm of Robein, Urann, Spencer, Picard & Cangemi of Metairie, Louisiana, Texas, to appear as counsel in this case. The motion [docket entry 9] is denied at this time for failure to comply with Local Rule 83.5(d).[1]

DATED this 23rd day of April, 2009.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE

---

[1]The motion fails to state that the attorney who seeks admission is a member in good standing of the Bar of any United States District Court or of the highest court of any state. Further, there is no designation of local counsel or, in the alternative, a statement that applicant agrees to comply with the Local Rules of the Court and to the jurisdiction of the Court in matters of discipline.